KATHERINE PALMER, Respondent, *v.* GEORGE JONES et al., Appellants.

(Argued December 11, 1893; decided December 19, 1893.)

MOTION to dismiss appeal from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made at the May term, 1893, which

affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*John Vernon Bouvier, Jr.,* for motion.

*James C. De La Mare* opposed.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed. _____